THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE HEBREW UNIVERSITY OF JERUSALEM,<br><br>　PLAINTIFF,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>　DEFENDANTS. | CASE NO.: 1:20-CV-05058<br><br>JUDGE THOMAS M. DURKIN<br><br>MAGISTRATE JUDGE JEFFREY CUMMINGS |

## PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION

Plaintiff, The Hebrew University of Jerusalem, ("HUJ" or "Plaintiff") hereby moves this Honorable Court for entry of a Preliminary Injunction. The scope of the Preliminary Injunction is substantially identical to the Temporary Restraining Order, entered September 2, 2020 [17]. In support of its Motion, HUJ, files herewith a Memorandum of Law and a further Declaration of Ann Marie Sullivan.

Dated: September 28, 2020　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Ann Marie Sullivan*
　　　　　　　　　　　　　　　　　　　　Ann Marie Sullivan
　　　　　　　　　　　　　　　　　　　　Alison Carter
　　　　　　　　　　　　　　　　　　　　AM Sullivan Law, LLC
　　　　　　　　　　　　　　　　　　　　1440 W. Taylor St., Suite 515
　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60607
　　　　　　　　　　　　　　　　　　　　Telephone: 224-258-9378
　　　　　　　　　　　　　　　　　　　　E-mail: ams@amsullivanlaw.com

　　　　　　　　　　　　　　　　　　　　***ATTORNEYS FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2020, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to the e-mail addresses provided for Defendants by third parties that includes a link to said website.

Respectfully submitted,

*/s/ Alison Carter*
Ann Marie Sullivan
Alison Carter
AM Sullivan Law, LLC
1440 W. Taylor St., Suite 515
Chicago, Illinois 60607
Telephone: 224-258-9378
E-mail: ams@amsullivanlaw.com

***ATTORNEYS FOR PLAINTIFF***